UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JACQUELINE HINNANT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:20-CV-58-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court concludes that remand is necessary. Accordingly, plaintiff's motion for judgment on the pleadings [DE 18] is GRANTED and defendant's motion [DE 22] is DENIED. This matter is REMANDED to the Commissioner for further proceedings consistent with the foregoing.

**This Judgment Filed and Entered on September 23, 2021, and Copies To:**
George C. Piemonte                                         (via CM/ECF electronic notification)
Amanda B. Gilman                                           (via CM/ECF electronic notification)

DATE:                                        PETER A. MOORE, JR., CLERK
September 23, 2021                (By) /s/ Nicole Sellers
                                             Deputy Clerk